**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR87 |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| MOHAMMED OWIHAN, | ) | [ 18 U.S.C. § 2252A(a)(2) |
| | ) | 18 U.S.C. § 2252(a)(4)(B)] |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT I

From on or before March 2011 and continuing to on or about November 14, 2011, in the District of Nebraska, MOHAMMED OWIHAN, the defendant herein, did knowingly receive and distribute visual depictions, and attempt to receive and distribute visual depictions, that is, digital and computer images in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT II

On or about November 22, 2011, in the District of Nebraska, MOHAMMED OWIHAN, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B).

FORFEITURE ALLEGATION

Upon conviction for violating an offense involving a visual depiction described in Title 18, United States Code, Section 2252, defendant, MOHAMMED OWIHAN, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violation, including but not limited to the following:

1. ASUS laptop computer to include a hard drive;
2. Packard Bell laptop computer to include a hard drive.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney

2